# United States District Court
## District of Massachusetts

ROBERT L. MARTIN,
        Plaintiff

v.

TONYA PINKINS, et al.,
        Defendant

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Civil Action No. 04-30211-MAP

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED on  October 28, 2004  .

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge